UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : 3:09-md-02100-DRH-PMF<br><br>: MDL No. 2100<br><br>:<br><br>: Judge David R. Herndon<br><br>ORDER |

------------------------------------------------------------ :

**This document relates to:**

**Nunez v. Bayer Corporation et al.,
3:09-cv-20037-DRH-PMF**

**Moran et al. v. Bayer Corporation et al.,
3:09-cv-20076-DRH-PMF**

**Hall v. Bayer Corporation et al.,
3:09-cv-20123-DRH-PMF**

**Terrase, et al. v. Bayer Corporation et al., 3:10-cv-20020-DRH-PMF**

**Schmidt v. Bayer Corporation et al.,
3:10-cv-20013-DRH-PMF**

**Hensley v. Bayer Corporation et al.,
3:10-cv-20040-DRH-PMF**

**Levy v. Bayer Corporation et al.,
3:10-cv-20019-DRH-PMF**

------------------------------------------------------------ X

**ORDER**

This matter is before the Court on the above Plaintiffs' Motions for

Extension of Time to Serve Amended Complaints that were previously filed with

this Court pursuant to Case Management Order Number 17 on Defendant Bayer Schering Pharma AG (3:09-cv-20037 Doc. 41; 3:09-cv-20076 Doc. 32; 3:09-cv-20123 Doc. 22; 3:10-cv-20020 Doc. 18; 3:10-cv-20013 Doc. 21; 3:10-cv-20040 Doc. 22; 3:10-cv-20019 Doc. 18).  After considering Plaintiffs' motions, the Court **orders** as follows:

Each Plaintiff's motion for an enlargement of time in which to serve the previously filed Amended Complaint on Defendant Bayer Schering Pharma AG is **GRANTED**.  Further, Plaintiffs shall have 14 days from entry of this Order to mail and e-mail the Amended Complaints, as instructed in paragraphs III.D.2 and 3 in Amended Case Management Order #9.

**SO ORDERED:**

/s/     David R Herndon

Chief Judge                                              Date: August 19, 2010
United States District